IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THADDEUS M. McKINNON,

     Appellant,

v.

MICHELLE LEE PELT
(McKINNON),

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1413

Opinion filed January 15, 2016.

An appeal from the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

Thaddeus M. McKinnon, pro se, Appellant.

Michelle Lee Pelt, pro se, Appellee.

PER CURIAM.

     We affirm the order denying Appellant's motion to dissolve the injunction,

without prejudice to the appellant's ability to file a subsequent motion asserting the

requisite changed circumstances and seeking a hearing thereon.  See <u>Reyes v. Reyes</u>, 104 So. 3d 1206 (Fla. 5th DCA 2012); <u>Alkhoury v. Alkhoury</u>, 54 So. 3d 641 (Fla. 1st DCA 2011); <u>Knight v. Waters</u>, 786 So. 2d 1289 (Fla. 1st DCA 2001).

BENTON, LEWIS, and BILBREY, JJ., CONCUR.